IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 22-00138-01-CR-W-SRB |
| DAVID M. JONES, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On June 30, 2022, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 55) Defendant was examined by Lacie L. Biber, Psy.D., who prepared a report dated September 26, 2022. (Doc. 110)

A competency hearing was held on October 4, 2022. The Government was represented by Assistant United States Attorney Byron Black. Defendant appeared with appointed counsel Patrick O'Connor. The parties stipulated that Dr. Biber would testify consistent with her report. No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Date: October 4, 2022

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE