IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-CR-00138-01-SRB |
| v. ) | |
| ) | |
| DAVID M. JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Jill A. Morris's Report and Recommendation. (Doc. #117.) The Report and Recommendation concluded that Defendant David M. Jones is competent to proceed in this case. No party has timely filed a response or opposition to the Report and Recommendation.

After an independent review of the record and applicable law, the Court hereby ADOPTS Magistrate Judge Jill Morris's Report and Recommendation. It is hereby ORDERED that Defendant David M. Jones is competent to proceed in this case.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2022